# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00035-CV

**First American Life Insurance Company, Appellant**

**v.**

**Texas Memorial Life Insurance Company; Memorial Administrators, LLC
d/b/a Texas Memorial Administrators, LLC; Time Holdings, Inc.; and State of Texas,
Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GV-09-000904, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant First American Life Insurance Company, through counsel for its Special Deputy Receiver, has filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed: May 28, 2010